# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FERNANDO RUBIO, | ) | NO. 1:12-CV-00112 AWI DLB |
|       Plaintiff, | ) ) | ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE |
| v. | ) ) | DISMISSAL DOCUMENTS |
| JONATHAN H. CRESS, et al., | ) ) | [Document # 7] |
|       Defendants. | ) ) | |

On May 3, 2012, Plaintiff Fernando Rubio filed a Notice of Settlement in this case. Plaintiff requested that he be given to and including June 1, 2012 to file dispositional documents in order to afford the Parties time to complete the settlement.

Under Local Rule 160 (b), the parties have 21 days from the date of said notification, to file documents disposing of the action. However, Local Rule 160 (b) also gives the Court the ability to order additional time to file dispositional papers. In this case, the Court will grant Plaintiff's request.

Accordingly, IT IS HEREBY ORDERED that: dispositional papers must be filed no later than 4:00 p.m. on June 1, 2012. A failure to file dispositional papers on June 1, 2012 may be grounds for sanctions.

IT IS SO ORDERED.

Dated:   May 9, 2012

                                                    CHIEF UNITED STATES DISTRICT JUDGE