K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone: (408) 298-2000
Facsimile:  (408) 298-6046

Attorneys for Plaintiff
Fernando Rubio

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO RUBIO,<br><br>  Plaintiff,<br><br>  vs.<br><br>JONATHAN H. CRESS, TRUSTEE OF THE JONATHAN HART CRESS TRUST DATED NOVEMBER, 2000, et al.,<br><br>  Defendants. | No.   1:12-CV-00112-AWI-DLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; [PROPOSED] ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and all Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Date: May 14, 2012                MOORE LAW FIRM, P.C.


                                  /s/ Tanya E. Moore
                                  Tanya E. Moore
                                  Attorneys for Plaintiff Fernando Rubio

///

///

*Rubio v. Cress, et al.*
Notice of Voluntary Dismissal of Action

Page 1

**ORDER**

Good cause appearing,

**IT IS HEREBY ORDERED** that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:  May 14, 2012                            _____
                                                CHIEF UNITED STATES DISTRICT JUDGE

*Rubio v. Cress, et al.*
Notice of Voluntary Dismissal of Action