1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone: (408) 298-2000
4  Facsimile:  (408) 298-6046

5  Attorneys for Plaintiff
   Fernando Rubio

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO RUBIO,  )<br>          )<br>          Plaintiff,  )<br>          )<br>     vs.  )<br>          )<br>JONATHAN H. CRESS, TRUSTEE OF THE )<br>JONATHAN HART CRESS TRUST DATED )<br>NOVEMBER, 2000, et al.,  )<br>          )<br>          Defendants.  )<br>_____) | No.   1:12-CV-00112-AWI-DLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; [PROPOSED] ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and all Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Date: May 14, 2012           MOORE LAW FIRM, P.C.

                             /s/ Tanya E. Moore
                             Tanya E. Moore
                             Attorneys for Plaintiff Fernando Rubio

///

///

*Rubio v. Cress, et al.*
Notice of Voluntary Dismissal of Action

Page 1

## ORDER

Good cause appearing,

**IT IS HEREBY ORDERED** that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   May 14, 2012   _____
CHIEF UNITED STATES DISTRICT JUDGE

*Rubio v. Cress, et al.*
Notice of Voluntary Dismissal of Action